1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA MURRAY, | CASE NO. 24-cv-00239 |
| Plaintiff, | ORDER DENYING PLAINTIFF'S EMERGENCY MOTIONS |
| v. | |
| KING COUNTY COURT ET AL., | |
| Defendants. | |

This matter comes before the Court on two motions submitted by pro se Plaintiff Sara Murray: Emergency Motion to Vacate, Dkt. No. 83, and Supplement to Motion for Relief Under Rule 60(b)(4) and Request for Judicial Notice, Dkt. No. 84.

In her emergency motion to vacate, Murray asserts that the Court's prior order dismissing this action, Dkt. No. 82, is void under Fed. R. Civ. P. 60(b) for "lack of jurisdiction, denial of due process, or entry by a judicial officer who was disqualified by law." Dkt. No. 83 at 3. In her supplemental filing, Murray asks the Court to take judicial notice of documents she contends are relevant to the merits of her now-dismissed case. Dkt. No. 82. Even liberally construing these filings, as the

**ORDER** DENYING PLAINTIFF's EMERGENCY MOTIONS - 1

court must with pro se litigants, Murray fails to identify any legal or factual basis that would warrant vacating the dismissal order or reopening this case. The motions are thus DENIED.

Because this case has been dismissed, any further filings that do not comply with the Federal Rules of Civil Procedure or that seek to relitigate matters already decided will be stricken without further notice.

Dated this 16th day of January, 2026.

Jamal N. Whitehead
United States District Judge

**ORDER** DENYING PLAINTIFF's EMERGENCY MOTIONS - 2